# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12cv173

| | |
|---|---|
| RICHARD W. IRBY and RACHEL GEORGE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

Pending before the Court is the Motion to Withdraw [# 13] filed by counsel for Plaintiffs, Mary Euler. Attorney Euler moves to withdraw as counsel of record for Plaintiffs. Counsel did not file written consent of her clients to withdraw. Accordingly, good cause must be shown in Counsel's motion. LCvR 83.1(F). In addition, the motion must include the last known address of her clients. Id.

Here, Counsel included the last known address of her clients in the motion:

> Richard W. Irby
> Rachel George
> 315 Wilderness Road
> Tryon, NC 28782

In addition, Counsel set forth good cause for withdrawing as counsel. Accordingly, the Court **GRANTS** the motion [# 13]. The Court **DIRECTS** the Clerk to remove Attorney Mary Euler as counsel of record in this case. The Court **DIRECTS** Plaintiffs to either obtain new counsel or notify the Clerk in writing of their intention to proceed *pro se* in this case within twenty (20) days of the entry of this Order. The failure of Plaintiffs to comply with this Order may result in the Court Recommending to the District Court that this case be dismissed without prejudice.

Signed: December 12, 2012

Dennis L. Howell
United States Magistrate Judge