IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv173

| | | |
|---|---|---|
| RICHARD W. IRBY and RACHEL GEORGE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

Previously, the Court granted the motion to withdraw filed by prior counsel for Plaintiffs, Mary Euler. (Order, Dec. 12, 2012.) The Court also directed Plaintiffs to either obtain new counsel or notify the Clerk in writing of their intention to proceed *pro se*. Subsequently, Plaintiffs filed a Motion to Amend the Pretrial Order and Case Management Plan [# 18] to allow Plaintiff Richard Irby and Rachel George to proceed *pro se*. The pleading was signed by both parties. No such Order, however, is needed from the Court. Accordingly, the Court **DENIES as moot** the motion [# 18]. Plaintiffs have complied with the Court's prior Order and filed a written intent to proceed *pro se* in this case. The Clerk has already updated the docket to reflect the address of each Plaintiff and indicated that they are both proceeding *pro se* in this case.

Signed: February 6, 2013

Dennis L. Howell
United States Magistrate Judge